The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. EXENDINE,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE CITY OF SAMMAMISH, a municipal corporation, and KING COUNTY, and ERIK SODERSTROM, in his capacity as a police officer for King County and the City of Sammamish, and as an individual, and CHRISTOPHER SAWTELLE, in his capacity as a police officer for King County and the City of Sammamish, and as an individual,<br><br>        Defendants, | No. CV05-1194P<br><br>**STIPULATION AND ORDER REVISING TRIAL DATE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 17, 2006** |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff Michael Exendine and the King County defendants, all of the parties to the above-entitled action, that the trial date in this action should be changed from its presently scheduled date of October 2, 2006 due to the already heavy October 2006 trial schedule of counsel for King County.  The parties ask that this matter be rescheduled for trial beginning any time in mid-November up through early December 2006, or in mid-February 2007 or beyond.  The parties further agree that all other dates set forth in the

**STIPULATION AND ORDER MODIFYING TRIAL DATE -- 1**
No. CV05-1194P

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1  Court's November 18, 2005 Minute Order Setting Trial Date & Related Dates should otherwise

2  remain in full force and effect.

3        DATED this ____ day of January, 2006.

4                                                NORM MALENG
5                                                King County Prosecuting Attorney

6

7  By:_____   By:_____
       JOHN R. MUENSTER, WSBA # 6237         TIMOTHY M. BLOOD, WSBA #14004
8      Attorney for Plaintiff                Senior Deputy Prosecuting Attorney
                                             Attorneys for King County
9

10
                                    **ORDER**
11
        THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the
12
   parties, it is hereby ORDERED, ADJUDGED AND DECREED that the Court modifies its
13
   November 18, 2005 Minute Order Setting Trial Date & Related Dates as follows:
14
   **REVISED TRIAL DATE**                         **November 13, 2006**
15
   PRETRIAL CONFERENCE DATE                       November 3, 2006 – 11:00 a.m.
16
   PRETRIAL ORDER LODGING DATE                    November 12, 2006
17
        The Court's November 18, 2005 Minute Order Setting Trial Date & Related Dates
18
   otherwise remains in full force and effect.
19
        DONE IN OPEN COURT this 18th day of January, 2006.
20

21
                                       /S/Marsha J. Pechman
22                                     U.S. DISTRICT COURT JUDGE

23  //

**STIPULATION AND ORDER MODIFYING
TRIAL DATE -- 2**
No. CV05-1194P

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1
2   //
    //
3   Presented by:                                      Copy received, approved as to form;
                                                       Notice of presentation Waived:
4   NORM MALENG
    King County Prosecuting Attorney
5

6   By: _____               By : _____
7      TIMOTHY M. BLOOD, WSBA #14004                    JOHN R. MUENSTER, WSBA # 6237
       Senior Deputy Prosecuting Attorney               Attorney for Plaintiff
8      Attorneys for King County

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**STIPULATION AND ORDER MODIFYING**                   **Norm Maleng**, Prosecuting Attorney
**TRIAL DATE -- 3**                                   CIVIL DIVISION
No. CV05-1194P                                        Tort Section
                                                      900 King County Administration Building
                                                      500 Fourth Avenue
                                                      Seattle, Washington 98104
                                                      (206) 296-8820  Fax (206) 296-8819